On petition for review filed October 31, 1990*, petition for review allowed and case remanded to Court of Appeals for further consideration February 7, 1991

STATE OF OREGON,
*Petitioner on Review,*

*v.*

LYLE LAVERNE TAYLOR,
*Respondent on Review.*

(TC 89-WL-6019; CA A61736; SC S37605)

804 P2d 1164

Michael C. Livingston, Assistant Attorney General, Salem, filed the petition on behalf of petitioner on review. With him on the petition were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The case is remanded to the Court of Appeals for further consideration in light of this court's decision in *State v. Carrillo,* 311 Or 61, 804 P2d 1161 (1991).

---

* Appeal from an order of the Columbia County District Court, Berkeley A. Smith, Judge. 103 Or App 537, 797 P2d 1079 (1991).